UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL NUNEZ, an individual; and GEORGIA PUENTES, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.: 8:20-CV-00262-AB-FFM**<br><br>(Removed from Orange County Superior Court Case No. 30-2020-01121772-CU-CO-CJC)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiffs MICHAEL NUNEZ and GEORGIA PUENTES and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

　　　//
　　　//
　　　//

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: April 7, 2020                    By: _____
                                        HON. ANDRE BIROTTE JR.
                                        UNITED STATES DISTRICT
                                        COURT JUDGE